642

Opinion by Mr. JUSTICE GOLDBERG.

George P. Sullivan and William H. Theis, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARVIN R. MATHIS, a/k/a MAURICE R. MATHIS, Defendant-Appellant.

(No. 55158;

First District (5th Division)—March 9, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (James N. Gramenos, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.